# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER BUCKENBERGER

NO. 2019 KW 0833

**OCTOBER 22, 2019**

---

In Re:  Christopher Buckenberger, applying for rehearing, 22nd Judicial District Court, Parish of St. Tammany, No. 410991.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**APPLICATION FOR REHEARING DENIED.**  An application for rehearing will not be considered where this court denied the original writ application.  See Uniform Rules-Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT